UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC COAST FINANCIAL CORPORATION, JOHN K. STEPHENS, JR., DAVE BHASIN, BHANU CHOUDHRIE, JOHN J. DOLAN, JAMES D. HOGAN, W. ERIC PALMER, JAY S. SIDHU, and AMERIS BANCORP,<br><br>Defendants. | Case No. 3:18-cv-00316-MMH-JRK |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Paul Parshall ("Plaintiff"), and Defendants Atlantic Coast Financial Corporation ("Atlantic"), John K. Stephens, Jr., Dave Bhasin, Bhanu Choudhrie, John J. Dolan, James D. Hogan, W. Eric Palmer, Jay S. Sidhu, and Ameris Bancorp ("Defendants"), by and through their undersigned counsel, hereby file this Joint Stipulation of Dismissal and request the Court enter an Order dismissing the case accordingly.

WHEREAS, on March 5, 2018, Plaintiff filed the above-captioned action (the "Action") against the Defendants alleging certain violations of the Securities Exchange Act of 1934 in connection with the definitive proxy statement mailed by Atlantic to its stockholders on or about February 20, 2018.

WHEREAS, Defendants deny any violation of the Securities Exchange Act of 1934 or the rules promulgated thereunder.

WHEREAS, recognizing the expense and uncertainty of litigation, the parties agreed on a form of supplemental disclosures to resolve this dispute (the "Supplemental Disclosures").

-2-

WHEREAS, the Supplemental Disclosures were filed by Atlantic with the United States Securities and Exchange Commission on a Current Report on Form 8-K, on March 8, 2018.

WHEREAS, no class has been certified in the Action.

IT IS HEREBY STIPULATED, by and between the parties, through their designated counsel, as follows:

1. The Action is dismissed, and all claims asserted therein are dismissed with prejudice as to Plaintiff only, with each party to bear its own costs. All claims on behalf of the putative class of Atlantic stockholders are dismissed without prejudice.

2. Because the dismissal is with prejudice as to Plaintiff only, and not on behalf of a putative class, notice of this dismissal is not required.

3. The parties request that the Court retain jurisdiction solely to consider an application by Plaintiff's counsel for an award of attorneys' fees in connection with the Supplemental Disclosures (the "Fee Application").

4. Nothing contained in this Stipulation or the Supplemental Disclosures constitutes a waiver or otherwise prejudices Defendants' rights to challenge any Fee Application.

5. If the parties reach an agreement concerning the Fee Application, they will notify the Court so that the Action may then be closed.

*[Remainder of Page Intentionally Left Blank]*

Dated: March 14, 2018          **CULLIN O'BRIEN LAW, P.A.**

By:   */s/ Cullin A. O'Brien*
       Cullin A. O'Brien
       Florida Bar No. 0597341
       Cullin@cullinobrienlaw.com
       6541 N.E. 21st Way
       Ft. Lauderdale, FL 33308
       (561) 676-5370

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
(302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
(484) 324-6800

*Attorneys for Plaintiff*

Dated: March __, 2018        **IGLER AND PEARLMAN, P.A.**

By: _____
       A. George Igler
       2075 Centre Point Boulevard
       Suite 100
       Tallahassee, FL 32308

*Attorneys for Defendants Atlantic Coast Financial Corporation, John K. Stephens, Jr., Dave Bhasin, Bhanu Choudhrie, John J. Dolan, James D. Hogan, W. Eric Palmer, and Jay S. Sidhu*

Dated: March __, 2018      **CULLIN O'BRIEN LAW, P.A.**

By: _____
Cullin A. O'Brien
Florida Bar No. 0597341
Cullin@cullinobrienlaw.com
6541 N.E. 21st Way
Ft. Lauderdale, FL 33308
(561) 676-5370

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
(302) 295-5310

*Attorneys for Plaintiff*

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
(484) 324-6800


Dated: March /_/, 2018      **IGLER AND PEARLMAN, P.A.**

By: _____
A. George Igler
2075 Centre Point Boulevard
Suite 100
Tallahassee, FL 32308

*Attorneys for Defendants Atlantic
Coast Financial Corporation, John
K. Stephens, Jr., Dave Bhasin,
Bhanu Choudhrie, John J. Dolan,
James D. Hogan, W. Eric Palmer,
and Jay S. Sidhu*

Dated: March 5, 2018

**ADAMS AND REESE LLP**

By: _____
John T. Rogerson, III
Florida Bar No. 832839
501 Riverside Avenue, 7th Floor
Jacksonville, FL 32202
(904) 355-1700

*Attorneys for Defendant Ameris Bancorp*

**OF COUNSEL:**

**ROGERS & HARDIN LLP**
Jody L. Spencer, Esq.
2700 International Tower
229 Peachtree Street N.E.
Atlanta, GA 30303
(404) 522-4700