**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PAUL PARSHALL, Individually and On
Behalf of All Others Similarly Situated,

      Plaintiff,

v.                                                            Case No.   3:18-cv-316-J-34JRK

ATLANTIC COAST FINANCIAL
CORPORATION, et al.,

      Defendants.

## O R D E R   O F   D I S M I S S A L

    **THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal (Dkt. No. 5; Stipulation) filed on March 15, 2018.   In the Stipulation, the parties request dismissal of this matter.   See Stipulation at 1.   Accordingly, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED**, and all claims asserted therein are dismissed with prejudice as to Plaintiff only, with each party to bear its own costs.   All claims on behalf of the putative class of Atlantic stockholders are dismissed without prejudice.

    2.    Because the dismissal is with prejudice as to Plaintiff only, and not on behalf of a putative class, notice of this dismissal is not required.

    3.    The Court retains jurisdiction solely to consider an application by Plaintiff's counsel for an award of attorneys' fees in connection with the Supplemental Disclosures (the "Fee Application").

4.     Nothing contained in the Joint Stipulation of Dismissal or the Supplemental Disclosures constitutes a waiver or otherwise prejudices Defendants' rights to challenge any Fee Application.

5.     If the parties reach an agreement concerning the Fee Application, they shall immediately notify the Court.

6.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of March, 2018.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

- 2 -